IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

UNITED STATES OF AMERICA

    Plaintiff

VS.

BARRY FERGUSON

    Defendant.

CR. NO. 04-20289-B

---

ORDER ON CONTINUANCE AND SPECIFYING PERIOD OF EXCLUDABLE DELAY AND **SETTING**

---

This cause came on for a report date on March 28, 2005. At that time, counsel for the defendants requested a continuance of the April 4, 2005 trial date in order to allow for additional preparation in the case.

The Court granted the request and reset the trial date to May 2, 2005 with a **report date of Monday, April 25, 2005, at 9:30 a.m.**, in Courtroom 1, 11th Floor of the Federal Building, Memphis, TN.

The period from April 15, 2005 through May 13, 2005 is excludable under 18 U.S.C. § 3161(h)(8)(B)(iv) because the ends of justice served in allowing for additional time to prepare outweigh the need for a speedy trial.

IT IS SO ORDERED this 30th day of March, 2005.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 4-4-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 38 in case 2:04-CR-20289 was distributed by fax, mail, or direct printing on April 4, 2005 to the parties listed.

---

J. Patten Brown
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Joseph C. Murphy
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT