IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.
05 JUL -1 PM 2:37
THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| vs. | ) No. 04-20289-BV |
| BARRY FERGUSON, | ) |
| Defendant. | ) |

### ORDER GRANTING MOTION FOR APPOINTMENT
### OF SUBSTITUTE COUNSEL

Before the court is the May 23, 2005 pro se motion of defendant Barry Ferguson seeking appointment of substitute counsel. As grounds for the motion, the defendant states that differences and difficulties in communication have arisen between him and his court appointed counsel.

A hearing was held on July 1, 2005, and it was determined that the motion should be granted.

IT IS THEREFORE ORDERED that the appointment of Pat Brown, Assistant Federal Defender, is terminated and Mr. Brown is relieved of any further duty of representation. New counsel will be appointed for the defendant from the CJA list of attorneys.

_____
DIANE K. VESCOVO
UNITED STATES MAGISTRATE JUDGE
Date: July 1, 2005

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 7-1-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 49 in case 2:04-CR-20289 was distributed by fax, mail, or direct printing on July 1, 2005 to the parties listed.

---

J. Patten Brown
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Joseph C. Murphy
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT