IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 04-20289B |
| ) | |
| BARRY FERGUSON, ) | |
| ) | |
| Defendant. ) | |

ORDER GRANTING GOVERNMENT'S MOTION TO REVOKE BOND

    Defendant Barry Ferguson appeared before U.S. Magistrate Judge Diane K. Vescovo for an initial appearance on a charge of violation of the terms and conditions of his pretrial release. The government requested his bond be revoked. The defendant was advised of his right to have a bond revocation hearing.

    On September 14, 2005, a bond revocation hearing was held. For the reasons stated at the hearing, the defendant's bond is hereby revoked and the defendant is ordered held without bond.

    IT IS SO ORDERED September 14, 2005

_____
DIANE K. VESCOVO
UNITED STATES MAGISTRATE JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 9-16-05

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 63 in case 2:04-CR-20289 was distributed by fax, mail, or direct printing on September 16, 2005 to the parties listed.

---

Joseph C. Murphy
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Juni S. Ganguli
LAW OFFICES OF JUNI GANGULI
40 S. Main Ave.
Ste. 1540
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT