IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Cr. No. <u>04-20289-B</u> |
| ) | |
| BARRY FERGUSON, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Upon motion of the United States, the United States has until November 22, 2005 to respond to defendant's recent Motion to Suppress.

IT IS SO **ORDERED** this 31st day of October, 2005.

_____
J. DANIEL BREEN
U.S. DISTRICT COURT JUDGE

Approved by:

_____
Joseph C. Murphy, AUSA

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 11-1-05

69



# Notice of Distribution

This notice confirms a copy of the document docketed as number 69 in case 2:04-CR-20289 was distributed by fax, mail, or direct printing on November 1, 2005 to the parties listed.

---

Juni S. Ganguli
LAW OFFICES OF JUNI GANGULI
40 S. Main Ave.
Ste. 1540
Memphis, TN 38103

Joseph C. Murphy
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT