IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _JV_ D.C.

05 DEC -8 PM 4: 04

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA
    Plaintiff,

VS.                              CR. NO. 04-20289-B

BARRY FERGUSON,
    Defendant.

ORDER DENYING MOTION TO SUPPRESS,
ORDER ON CONTINUANCE AND SPECIFYING PERIOD OF EXCLUDABLE DELAY
AND **SETTING**

This cause came on for a Hearing on the Motion to Suppress on December 8, 2005. After considering the testimony of witnesses, the evidence submitted, and statements of counsel, the court denied the motion to suppress, incorporating its factual findings and conclusions of law issued orally. At that time, counsel for the defendant requested a continuance of the trial date to allow for further preparation in the case.

The Court hereby sets the trial date for the Criminal Rotation Docket beginning Monday, February 6, 2006, and **sets a Report Date of Monday, January 30, 2006 at 9:30 a.m.** in Courtroom #1 on the 11th floor of the Federal Building, Memphis, Tennessee.

The period from December 16, 2005 through February 17, 2006 is excludable under 18 U.S.C. § 3161(h)(8)(B)(iv) because the ends of justice served in allowing for additional time to prepare outweigh the need for a speedy trial.

IT IS SO ORDERED this 8th day of December, 2005.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 12-12-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 73 in case 2:04-CR-20289 was distributed by fax, mail, or direct printing on December 12, 2005 to the parties listed.

---

Juni S. Ganguli
LAW OFFICES OF JUNI GANGULI
40 S. Main Ave.
Ste. 1540
Memphis, TN 38103

Joseph C. Murphy
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT